STATE v. RALEIGH & AUGUSTA AIR LINE RAILROAD COMPANY.

(Decided May 24, 1898).

*Indictment for Unjust Discrimination in Railroad Rates —Free Passes.*

(For syllabus see State v. Southern Railway Company, *ante.*)

*Messrs. C. A. Cook* and *W. C. Douglass* for the State.
*Messrs. MacRae & Day* and *J. B. Batchelor* for defendant (appellant).

*Per Curiam:* The bill of indictment, the special verdict and the judgment of the court below, except as

122—68

to the name of the defendant and the person in whose favor discrimination was made in the transportation of passengers, are the same as were in the case of the *State* v. *The Southern Railway Company*, at this term of the court; and for the reasons given in that case the judgment of the court below in this case is

Affirmed.